FILED

09/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0418



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0418

WADE AYALA,

        Plaintiff, Counterclaim-
Defendant and Appellee,

   v.

GAIL STAFFORD,

        Defendant, Counter-Claimant,
Third-Party Plaintiff and Appellant,

   v.

RECONTRUST COMPANY, N.A.;
BANK OF AMERICA, N.A.; EQUITY
PROCESS MANAGEMENT, INC.;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; and DOES 1-10,

        Third-Party Defendants,
Appellees and Cross-Appellants,

EQUITY PROCESS MANAGEMENT,
INC.; PAMELA PFAFF, Personal
Representative of the Estate of JOSEPH
NOWAKOWSKI; BRANDY
LOU AYALA, SADIE LYNN BARRETT;
and DOES 1-10,

        Third-Party Defendants and
Appellees.

**ORDER OF MEDIATOR APPOINTMENT**

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **David L. Vicevich,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this September 14, 2020.

_____
Bowen Greenwood, Clerk of the Supreme Court

c: Charles E. Hansberry, Jenny M. Jourdonnais, Mark D. Etchart, John Francis Haffey, Adam H. Owens, Gregory G. Costanza, David L. Vicevich